UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shantala Ramaiah,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company and Employee Group Insurance Plan – Fully Insured Components,<br><br>Defendants. | Case No.: 2:24-CV-00986-SPL<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties’ Stipulation for Dismissal of Defendant Employee Group Insurance Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Employee Group Insurance Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys’ fees with regard to such claims.

DATED this ___ day of ___________ 2024.