IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shantala Ramaiah,<br><br>Plaintiff,<br>vs.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-24-00986-PHX-SPL<br><br>**ORDER** |

Before this Court is the parties' Stipulation for Dismissal (Doc. 12), in which they jointly seek dismissal of Defendant Employee Group Insurance Plan from this action. Upon consideration of the stipulation,

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 12) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Employee Group Insurance Plan is **dismissed from this action without prejudice**, with Plaintiff to bear her own costs and attorneys' fees.

Dated this 14th day of June, 2024.

Honorable Steven P. Logan
United States District Judge