IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shantala Ramaiah,<br><br>Plaintiff,<br>vs.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-24-00986-PHX-SPL<br><br>**ORDER** |

Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

**IT IS ORDERED** that the Rule 16 Case Management Conference, presently set for July 16, 2024 before Honorable Steven P. Logan, is **vacated**. Order to follow.

Dated this 3rd day of July, 2024.

Honorable Steven P. Logan
United States District Judge