**Pro Hac Vice *Admission Pending***
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shantala Ramaiah,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No. 2:24-CV-00986-SPL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Shantala Ramaiah and Defendant The Lincoln National Life Insurance Company submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

RESPECTFULLY SUBMITTED this 25th day of October 2024.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

AND

/s/ Erin Ronstadt (with permission)
Erin Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix AZ 85067
Phone: (602) 615-0050
Fax: (602) 761-4443
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
Attorneys for Plaintiff Lorena Howard

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt
erin@ronstadtlaw.com
Kyle Shelton
kyle@ronstadtlaw.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.