IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Shantala Ramaiah,

Plaintiff,

vs.

Lincoln National Life Insurance Company, et al.,

Defendants.

No. CV-24-00986-PHX-SPL

**ORDER**

The Court has been advised that the parties have reached a settlement in this case (Doc. 18). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **November 25, 2024**, unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 28th day of October, 2024.

Honorable Steven P. Logan
United States District Judge