**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shantala Ramaiah,<br><br>Plaintiff,<br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-24-00986-PHX-SPL<br><br>**ORDER OF DISMISSAL** |

THIS MATTER came before the Court upon Stipulation by the parties for an Order of Dismissal. The Court having reviewed the file herein, noting agreement of counsel, and being otherwise duly advised, it is hereby

ORDERED that this matter is hereby DISMISSED, WITH PREJUDICE, with each party to bear their own fees and costs.